UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19md2885 |
| This Document Relates to: *Hensley*, 7:20cv093 *Sloan*, 7:20cv001 *Wayman*, 7:20cv149 *Blum*, 7:20cv122 *Adkins*, 7:20cv012 | Judge M. Casey Rodgers Magistrate Judge Gary R. Jones |

**ORDER**

This matter is before the Court on a Report and Recommendation entered by the Magistrate Judge on August 30, 2021, granting Defendants' motion to strike Plaintiffs' untimely disclosed Group B expert report from Dr. David A. Eddins.[1] Plaintiffs were furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). No objections were filed. On de novo review, the Court has determined that the Magistrate Judge's findings and recommendations are supported by the record and by proper analysis. Therefore, the Court finds that the Report and Recommendation is due to be adopted.

---

[1] The Report and Recommendation is entered in each of the Group B individual cases and has the following ECF Numbers: *Hensley*, No. 7:20cv093, ECF No. 43 (this case has been dismissed); *Sloan*, No. 7:20cv001, ECF No. 43; *Wayman*, No. 7:20cv149, ECF No. 55; *Blum*, No. 7:20cv122, ECF No. 54; and *Adkins*, 7:20cv12, ECF No. 74 (final judgment has been entered).

Accordingly:

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. Defendants' Motion for Sanctions to Strike Plaintiffs' Untimely Disclosed Group B Expert Report of David A. Eddins, CCC-A, Ph.D., is **GRANTED**.[2]

**SO ORDERED**, on this 26th day of October, 2021.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**

---

[2] Defendants' motion is entered in each of the Group B individual cases and has the following ECF Numbers: *Hensley*, No. 7:20cv093, ECF No. 22; *Sloan*, No. 7:20cv001, ECF No. 20; *Wayman*, No. 7:20cv149, ECF No. 31; *Blum*, No. 7:20cv122, ECF No. 27; and *Adkins*, 7:20cv12, ECF No. 21.